| **United States Bankruptcy Court** <br> **Northern DISTRICT OF Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Rockford Products Global Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **FEIN: 20-1886492** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **707 Harrison Avenue, Rockford, Illinois** ZIP Code **61104** | Street Address of Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Winnebago County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Debtor (if different from street address): ZIP code |
| Location of Principal Assets of Business Debtor (if different from street address above: ZIP code | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of business** (check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101 (8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts

**Filing Fee** (Check one box.)
- ☒ Full filing Fee attached
- ☐ Filing fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

**Check if:**
- ☐ Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☒ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☒ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (10/06)** **Form B1, Page 2**

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rockford Products Global Services, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cased Filed within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed    **N/A** | Case Number:    **N/A** | Date Filed: **N/A** |
| Location Where Filed    **N/A** | Case Number:    **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:    **See Annex 1 attached hereto** | Case Number:    **See Annex 1 attached** | Date Filed**: See Annex 1** |
| District:    **Northern District of Illinois, Western Division** | Relationship:    **See Annex 1 attached** | Judge**: Same as assigned herein** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)  ☐  Exhibit A is attached and made a part of this petition | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____     Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a Separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment of possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Official Form I (10/06)** Page 3 | | **Form B1, Page 3** |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s):  **Rockford Products Global Services, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>X _____<br>    Telephone Number (if not represented by attorney)<br>_____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>X _____<br>    (Printed Name of Foreign Representative)<br><br>_____<br>    Date |
| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X_____**/s/ Lewis S. Rosenbloom, Esq.**_____<br>Signature of Attorney for Debtor(s)<br>    **Lewis S. Rosenbloom, Esq.**<br>Printed Name of Attorney for Debtor(s)<br><br>**LeBoeuf, Lamb, Greene & MacRae, LLP**<br>**180 N. Stetson Avenue, Suite 3700**<br>**Chicago, Illinois 60601**<br>**Tel : (312) 794-8090**<br>**Fax : (312) 794-8100**<br><br>**July 25, 2007**_____<br>Date | I declare under penalty of perjury that: (1)1 am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the social security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, Specified in this petition.<br><br>X _____**/s/ Richard L. Goff**_____<br>Signature of Authorized Individual<br>    **Richard L. Goff**<br>Printed Name of Authorized Individual<br>    **President**<br>Title of Authorized Individual<br>    **July 25, 2007**<br>Date | X _____<br><br>_____<br>    Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming<br>to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Annex 1

## Affiliated Debtors

On the date hereof, each of the affiliated entities listed below also filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Illinois, Western Division.  Such entities have filed or shortly will file a motion requesting that their Chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Company | Case No. | Relationship to Debtor |
|---|---|---|
| Rockford Products Corporation | 07-_____ | Affiliate |

**ROCKFORD PRODUCTS GLOBAL SERVICES, INC.**
(the "Company")

_____

**BOARD OF DIRECTORS' CERTIFICATE OF RESOLUTIONS**

- and -

**MINUTES OF THE MEETING OF DIRECTORS OF THE
ABOVE COMPANY HELD AT
2:45 p.m. on July 23, 2007**

_____

**PRESENT**:       R. Ray Wood, David P. Peterson

**RESOLUTION**:   R. Ray Wood is chairman.

The Chairman noted that the meeting had been duly convened in accordance with the Company's bylaws and that a quorum was present and that the meeting could accordingly proceed to business.

The meeting noted the interests of the Directors in the matters being considered and further noted that the Directors were not thereby prevented from conducting the business of the Company.

The following resolutions were passed unanimously:

- RESOLVED, that in the judgment of the board of directors (the "Directors") of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that the Company be made the subject of a formal insolvency process.

- RESOLVED, that Richard L. Goff (an "Authorized Person") is hereby authorized, empowered and directed in the name on behalf of the Company, to execute and verify petitions and amendments thereto under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.*, (the "Bankruptcy Code") and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois at such time or in such other jurisdiction as those persons executing

same shall determine.

- RESOLVED, that the law firm of LeBoeuf, Lamb, Greene & MacRae LLP is hereby engaged as attorneys for the Company in the Company's Chapter 11 case, subject to any requisite bankruptcy court approval.

- RESOLVED, that the firm of Silverman Consulting is hereby engaged as financial advisors for the Company in the Company's Chapter 11 case, subject to any requisite bankruptcy court approval.

- RESOLVED, that the firm of BMC Group is hereby engaged as claims and notice agents for the Company in the Company's Chapter 11 case, subject to any requisite bankruptcy court approval.

- RESOLVED, that the Authorized Person is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case.

- RESOLVED, that the Authorized Person is hereby authorized, empowered and directed to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors and other professionals in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case.

- RESOLVED, that any and all actions heretofore taken by any officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are ratified, confirmed and approved.

- RESOLVED, that the Company requires additional funding to assist with its operations during the course of any insolvency process, and the Company is hereby authorized to seek approval of the Bankruptcy Court and its prepetition lenders to use cash-collateral postpetition in the amounts deemed necessary and appropriate under the circumstances

- RESOLVED, that the Authorized Person is authorized to take any of the following actions on behalf of the Company, and any such actions heretofore taken are hereby ratified, confirmed and approved in all respects: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments and assignments thereof as may be required or as such Authorized Person deem appropriate or advisable, or to

cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, by or at the direction of an Authorized Person to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved hereby and the transactions contemplated thereby, and amendments and supplements to any of the foregoing and to take such other actions as may be required or as such Authorized Person deems appropriate or advisable in connection therewith including, without limitation, providing for the sale of the principal assets of the Company pursuant to 11 U.S.C. §363 or in such other manner as the Authorized Person, in consultation with the Company's advisors and attorneys, deem in their judgment to be appropriate or advisable, and (iii) doing such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved hereby and the consummation of the transactions contemplated thereby.

{Remainder of page left intentionally blank}

**OTHER**        There being no other business, the meeting then concluded.
**BUSINESS:**

Dated: July 23, 2007                /s/ Richard L. Goff
                                                     Richard L. Goff, Director

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) Chapter 11 |
| ROCKFORD PRODUCTS GLOBAL SERVICES, INC., | ) <br> ) <br> ) Case No. 07-B_____ ( ) |
| Debtor. | ) <br> ) |

**<u>LIST OF CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS</u>**

Rockford Products Global Services, Inc. has no general unsecured creditors.

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. This list reflects information existing on the Debtor's books and records as of June 24, 2007. The Debtor reserves the right to amend this information at any time after the filing date.

## **DECLARATION UNDER PENALTY OF PERJURY**

   I, the undersigned authorized representative of the Debtor, declare under penalty of perjury that I have reviewed the information relating to the List of Creditors Holding Twenty (20) Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated:  July 25, 2007

                  /s/      Richard L. Goff

                  By:     Richard L. Goff

                  Title:  President

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|  |  |
|---|---|
| IN RE: <br><br> ROCKFORD PRODUCTS GLOBAL SERVICES, INC., <br><br> Debtor. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 07-B_____ ( ) <br> ) <br> ) |

## LIST OF ENTITIES INCLUDED ON SCHEDULES D, E, F, G AND H

      The following is the list of the names and addresses of each entity included or to be included on the Debtor's schedules D, E, F, G and H. The list has been prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule 1007-1 and has been prepared on a consolidated basis from the books and records of the Debtor and its affiliate that also commenced a Chapter 11 case in this Court. Pursuant to Local Rule 1007-1, the list contains the names and complete address of each of the following: (a) the Debtor; (2) the attorney of record for the Debtor; (3) all creditors; and (4) all other parties-in-interest entitled to receive notice in this case. The list contains only those entities whose names and addresses were maintained in the databases of the Debtor and its affiliates or were otherwise readily ascertainable by the Debtor and its affiliates prior to the commencement of this case. The schedules of liabilities to be subsequently filed should be consulted for a comprehensive list that is current as of the date of the commencement of this case.

      Certain of the creditors listed may not hold outstanding claims against the Debtor or its affiliates as of the commencement date and, therefore, may not be creditors for purposes of this case. By submitting the list, the Debtor in no way waives or prejudices its right to object to the extent, validity or enforceability of the claims, if any, held by the parties identified therein.

      The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtor.

ROCKFORD PRODUCTS GLOBAL SERVICES, INC.
ATTN:  DOUGLASS D. WELLS
707 HARRISON AVENUE
ROCKFORD, IL 61104

LEWIS S. ROSENBLOOM
MOHSIN N. KHAMBATI
THOMAS J. AUGSPURGER
LEBOEUF, LAMB, GREENE & MACRAE LLP
TWO PRUDENTIAL PLAZA
180 NORTH STETSON AVENUE, SUITE 3700
CHICAGO, IL 60601

ROCKFORD PRODUCTS CORPORATION
ATTN:  DOUGLASS D. WELLS
707 HARRISON AVENUE
ROCKFORD, IL 61104

ROCKFORD PRODUCTS DE MÉXICO, S.A. DE C.V.
ATTN:  RICHARD MOWRIS
707 HARRISON AVENUE
ROCKFORD, IL  61104

RPC (CHANGZHOU) COLD FORMING PARTS COMPANY, LTD
ATTN:  BELL
#2 JINGRONG ROAD, XUEJIA
NEW DISTRICT, CHANGZHOU, JIANGSU, CHINA

BRIDGE HEALTHCARE FINANCE, INC.
ATTN:  MR. ANDREW D. HALL
233 SOUTH WACKER DRIVE
53RD FLOOR
CHICAGO, IL 60606

BRIDGE OPPORTUNITY FINANCE, LLC
ATTN:  MR. ANDREW D. HALL
233 SOUTH WACKER DRIVE
53RD FLOOR
CHICAGO, IL 60606

## **DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned authorized representative of the Debtor, declare under penalty of perjury that I have reviewed the List of Entities Included on Schedules D, E, F, G and H and that it is true and correct to the best of my information and belief.

Dated: July 25, 2007

/s/    Richard L. Goff

By:    Richard L. Goff

Title:  President

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) Chapter 11 |
| ROCKFORD PRODUCTS GLOBAL SERVICES, INC., | ) <br> ) <br> ) Case No. 07-B_____ ( ) |
| Debtor. | ) <br> ) |

## CORPORATE OWNERSHIP STATEMENT

Rockford Products Global Services, Inc. ("**Rockford Global**"), pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1 and Local Rule 7007.1, files this Corporate Ownership Statement, respectfully showing the Court as follows:

1. Rockford Global is an Illinois corporation. Ownership of the equity interest in Rockford Global is as follows:

| Holder | Interest |
|---|---|
| Rockford Products Corporation | 100% |

2. No publicly-held corporation directly or indirectly owns, controls, or holds, with power to vote, 10 percent or more of the equity interest in Rockford Global. Rockford Global does not own more than 10 percent of the equity interests in any entity whose securities are publicly traded. There is no general or limited partnership in which Rockford Global owns an interest.

## **DECLARATION UNDER PENALTY OF PERJURY**

      I, the undersigned authorized representative of the Debtor, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated:  July 25, 2007

/s/     Richard L. Goff

By:     Richard L. Goff

Title:  President

CH14882.9